# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE JUE, D.D.S., <br><br> Plaintiff, <br><br> v. <br><br> UNUM GROUP; UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 19-cv-08299-WHO <br><br> **ORDER ON STIPULATION TO CONTINUE BRIEFING AND HEARING DATES RE MOTIONS FOR SUMMARY JUDGMENT/ADJUDICATION** <br><br> **[Filed concurrently with Stipulation to Continue]** <br><br> Honorable William H. Orrick |

The Parties have submitted a stipulation to continue briefing and hearing dates regarding their Motions for summary judgment/adjudication. Good cause appearing, the Court hereby approves the stipulation and orders as follows:

The hearing date on Plaintiff's motion for partial summary judgment is moved to **January 13, 2021** at 2:00 p.m. Unum's opposition will be due on **December 9, 2020** and Plaintiff's reply on **December 16, 2020**.

Unum will file its motion for partial summary judgment no later than **December 9, 2020** and will also be set the hearing on **January 13, 2021**. The

opposition and reply deadlines to Unum's motion will be set according to the applicable local rules.

**IT IS SO ORDERED.**

Dated: November 10, 2020

By: _____
Honorable William H. Orrick
United States District Judge