# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE JUE, D.D.S., <br><br> Plaintiff, <br><br> v. <br><br> UNUM GROUP; UNUM LIFE INSURANCE COMPANY OF AMERICA; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 19-cv-08299-WHO <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> **Hon. William H. Orrick** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 25, 2021          _____
                                HON. WILLIAM H. ORRICK
                                UNITED STATES DISTRICT JUDGE